FILED

2010 JUN 23 A 11: 41

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

# CV 10 80 151MISC

Ernesto John Perez - #77729

_____/

**VRW**

### ORDER TO SHOW CAUSE

It appearing that Ernesto John Perez has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective May 26, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before July 30, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Ernesto John Perez
15550 County Rd 117
West Sacramento, CA 95691

*United States District Court*
*For the Northern District of California*