**FILED**

AUG 31 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80151 MISC VRW

Ernesto John Perez,
                                     ORDER
    State Bar No 77729

_____/

On June 23, 2010, the court issued an order to show cause (OSC) why Ernesto John Perez should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 9.21 of the California Rules of Court, effective May 26, 2010.

The OSC was mailed to Mr Perez's address of record with the State Bar on June 24, 2010. A written response was due on or before July 30, 2010. No response to the OSC has been filed as of this date.

The court now orders Ernesto John Perez removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

                                     _____
                                     VAUGHN R WALKER
                                     United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:  Case Number: CV10-80151   VRW

Ernesto John Perez,  **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernesto John Perez
15550 County Rd 117
West Sacramento, CA 95691


Dated: August 31, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*